*E- filed 12/28/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARYL LIPSKA, | No. C 11-1308 RS (PR) |
| Petitioner, | **ORDER EXTENDING TIME** |
| v. | |
| GREG LEWIS, Warden, | |
| Respondent. | |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. Petitioner's third motion to extend time to file a traverse (Docket No. 12) is GRANTED. Petitioner shall file his traverse on or before March 15, 2012. **No further extensions of time will be granted.** Any traverse filed after March 15, 2012 will not be filed properly and will not be considered by the Court. The action will be considered submitted for decision on March 15, 2012 or on the date petitioner files his traverse, whichever occurs first. The Clerk shall terminate Docket No. 12.

**IT IS SO ORDERED**.

DATED: December 27, 2011

RICHARD SEEBORG
United States District Judge

No. C 11-1308 RS (PR)
ORDER EXTENDING TIME